In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-266 CR


NO. 09-05-267 CR


____________________



ROLANDA CROSS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause Nos. 15931 and 15933






MEMORANDUM OPINION


 We have before the Court two appeals by Rolanda Cross from orders revoking
community supervision in Cause Nos. 15931 and 15933. Revocation occurred April 5,
2005. The notices of appeal were postmarked May 23, 2005, and were filed with the trial
court on June 14, 2005. Notices of appeal were filed more than thirty days from the date
of the revocation orders. We notified the parties that the appeals did not appear to have
been timely filed, but received no response. The court finds the notices of appeal were not
timely filed. Tex. R. App. P. 26.2. No extension of time was timely requested pursuant
to Tex. R. App. P. 26.3. It does not appear that appellant obtained out-of-time appeals. 
The Court finds it is without jurisdiction to entertain the appeals. Accordingly, the appeals
are dismissed for want of jurisdiction.

 APPEALS DISMISSED.

 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered August 24, 2005 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.